Upon reargument, motion for stay denied, without costs. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Application of MOSES MOSESSOHN for Admission to the Bar. (From the State of Oregon.) — Application granted. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of SAMUEL B. WOODS, JR., for Admission to the Bar. (From the State of Arkansas.) — Application granted. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

LOUISE M. ARMSTRONG, Also Known as LOUISE AIMEE PATTERSON, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, and FRED W. MOHR, as Executors, etc., of WILLIAM S. DUGAN, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

ERNEST T. BALDWIN, an Infant, by HANNAH BALDWIN, His Guardian ad Litem, Respondent, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, a Voluntary Association, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

HANNAH BALDWIN, Respondent, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, a Voluntary Association, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

WILLIAM BUSCH, Respondent, v. CHARLES LEE ANDREWS, Appellant.— Order of the Appellate Term affirmed, with costs, upon the ground that under the allegations of the complaint it may be proved upon the trial that the defendant had knowledge and permitted the wrongful acts of which he complains. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

DELIA DHUY, as Administratrix, etc., of ARTHUR L. DHUY, Deceased, Respondent, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant, and LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment against defendant American Railway Express Company, and order, reversed on the facts, and new trial granted, with costs to abide the event, unless within twenty days plaintiff file a stipulation reducing the amount of the verdict to $35,000, and modifying the judgment accordingly. If such stipulation is filed, the judgment as so modified, and the order, are unanimously affirmed, without costs. The judgment in favor of Garrison, as receiver of the Nassau Electric Railroad Company, and order, are unanimously affirmed, without costs. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

ANTONIO GERACI, as Administratrix de Bonis Non, etc., of VINCENZO CARROLLO, Deceased, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

CONSTANCE GOODWIN, as Administratrix, etc., of ALEXANDER GOODWIN, Deceased, Appellant, v. LAMPORT & HOLT, LTD., and ATLANTIC BASIN IRON WORKS, INC., Respondents.— Judgment affirmed, with costs. The case contains no evidence that either of the defendants had any greater knowledge of the deadly qualities of the fumigating material to be used than plaintiff's intestate, nor could they in all reason be expected to apprehend the nature of it; and in